BERNARD TOBIAS, as Executor of MOSES WEISS, Deceased, Respondent, v. TUDOR INDUSTRIES CORP., Appellant, et al., Defendants.— Order unanimously modified by providing that the appellant may, if it is so advised, bring in any or all of its witnesses for examination at Special Term in New York County. By so doing it would avoid the expenses it otherwise would be required to incur. As so modified the order is affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.